# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, LAFACE RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, RECORDS LABEL, LLC, RIMAS ENTERTAINMENT, LLC and ZOMBA RECORDING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. and DOES 1-50,<br><br>       Defendant. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiffs disclose the following:

Sony Music Entertainment is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Sony Music Entertainment.

Sony Music Entertainment US Latin, LLC is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Sony Music Entertainment US Latin LLC.

Ultra Records, LLC is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Ultra Records, LLC.

LaFace Records LLC is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of LaFace Records LLC.

Arista Music is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Arista Music.

Arista Records, LLC is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Arista Records, LLC.

Records Label, LLC is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Records Label, LLC.

Sony Music Entertainment, through its wholly owned subsidiary, The Orchard, owns a minority interest in Rimas Entertainment, LLC. There is no publicly traded company other than Sony Group Corporation that owns more than 10% of the stock of Rimas Entertainment, LLC.

Zomba Recording LLC is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than 10% of the stock of Zomba Recording LLC.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Jennifer Wasson* |
| | Jennifer Wasson (No. 4933) |
| Sandra Crawshaw-Sparks (*pro hac vice* forthcoming) | Andrew L. Brown (No. 6766) |
| David Munkittrick (*pro hac vice* forthcoming) | Hercules Plaza, 6th Floor |
| Anisha Shenai-Khatkhate (*pro hac vice* forthcoming) | 1313 N. Market Street |
| Nicole Sockett (*pro hac vice* forthcoming) | Wilmington, DE 19801 |
| Proskauer Rose LLP | Tel: (302) 984-6000 |
| 11 Times Square | jwasson@potteranderson.com |
| New York, NY 10036 | abrown@potteranderson.com |
| Tel: 212-969-3000 | |
| dmunkittrick@proskauer.com | *Attorneys for Plaintiffs* |
| ashenai@proskauer.com | |
| nsockett@proskauer.com | |

Dated: May 17, 2024

3