IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., et al. | ) |
| | ) |
| v. | )  Civil Action No. |
| APOTEX INC. and APOTEX CORP. | ) |
| | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: April 19, 2024

Date of Expiration of Patent: See Below*

Thirty Month Stay Deadline: August 27, 2027**

*U.S. Patent No. 8,314,117 expires on March 9, 2030; U.S. Patent No. 8,759,372 expires on February 25, 2033; and U.S. Patent No. 11,083,724 expires on March 25, 2039

**This deadline calculated pursuant to 21 U.S.C. 355(j)(5)(F)(ii), which applies in this case.

| | |
|---|---|
| 5/23/2024 | /s/ Megan E. Dellinger |
| Date | Attorney(s) for Plaintiff |