IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC. and                                    )
PFIZER IRELAND PHARMACEUTICALS,    )
                                                   )
                  Plaintiffs,                      )
                                                   )
            v.                                     )      C.A. No. _____
                                                   )
RUBICON RESEARCH PRIVATE LTD.,     )
                                                   )
                  Defendant.                       )

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  April 12, 2024

Date of Expiration of Patent:  March 25, 2039

Thirty-Month Stay Deadline:  August 27, 2027*

*This deadline calculated pursuant to 21 U.S.C. 355(j)(5)(F)(ii), which applies in this case.

*/s/ Megan E. Dellinger*
_____
Attorney(s) for Plaintiff

May 23, 2024