IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> RUBICON RESEARCH PRIVATE LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Pfizer Inc. has no parent corporation and no publicly held company owns 10% or more of its stock. Plaintiff Pfizer Ireland Pharmaceuticals is a wholly-owned, indirect subsidiary of Pfizer Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc. and Pfizer Ireland Pharmaceuticals*

OF COUNSEL:

Dimitrios T. Drivas
John P. Scheibeler
Joel L. Broussard
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

May 23, 2024