# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON LOGISTICS, INC., | : <br> : <br> : |
| Petitioners, | : <br> : Case No. |
| v. | : <br> : |
| DWAYNE JOHNSON, | : <br> : |
| Respondent. | : |

**PETITIONERS AMAZON.COM, INC.'S AND AMAZON LOGISTICS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Petitioners Amazon.com, Inc. and Amazon Logistics, Inc., by and through undersigned counsel, hereby make the following disclosures:

Amazon Logistics, Inc. is wholly owned by Amazon.com, Inc. No publicly held corporation owns 10 percent or more of the stock of Amazon.com, Inc.

Date: June 14, 2024

Jason Schwartz (*pro hac vice* forthcoming)
Lucas Townsend (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500
JSchwartz@gibsondunn.com
LTownsend@gibsondunn.com

Megan Cooney (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, California 92612
Tel.: (949) 451-3800
MCooney@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: (302) 574-3000
Jody.barillare@morganlewis.com

*Attorneys for Petitioners Amazon.com, Inc. and Amazon Logistics, Inc.*