IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOLD ST. PETERS, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. _____ |
| BOLD ON BOULEVARD LLC, RCG BOLD GP LLC, BOLD APARTMENTS, LLC, RCG BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD 3 LLC, RCG BOLD 4 LLC, AND RCG BOLD 5 LLC, AND NACHMAN Y. TEREN, | § § § § § § § § § | |
| Defendants. | § | |

## DECLARATION OF NATHAN COX

I, Nathan Cox, make the following declaration pursuant to 28 U.S.C § 1746:

1. I am counsel of record for Defendants RCG Bold GP LLC, Bold Apartments, LLC, RCG Bold 1 LLC, RCG Bold 2 LLC, RCG Bold 3 LLC, RCG Bold 4 LLC, and RCG Bold 5 LLC ("Removing Defendants"). I have personal knowledge of, or was supplied with documents or information from persons with knowledge supporting, the facts stated herein.

2. In my role as counsel for the Removing Defendants, I received corporate filings of several relevant entities in the above styled lawsuit.

3. Attached as Exhibit 1 is a true and correct copy is Bold St. Peters, L.P.'s Certificate of Limited Partnership publicly on file with the state of Delaware.

4. Attached as Exhibit 2 is a true and correct copy is Bold GP, LLC's Certificate of Formation publicly on file with the state of Delaware.

5.  Attached as Exhibit 3 is a true and correct copy is TWG GP IV, LLC's business information publicly on file with the state of Indiana.

6.  Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true to the best of my knowledge.

EXECUTED on July 15, 2024, by

_____
NATHAN COX

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:52 PM 12/12/2019
FILED 12:52 PM 12/12/2019
SR 20198600335 - File Number 7748452

**STATE OF DELAWARE**

**CERTIFICATE OF LIMITED PARTNERSHIP**
**OF**
**BOLD ST. PETERS, L.P.**

EXHIBIT 1

      The undersigned, desiring to form a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act, 6 Delaware Code, Chapter 17, does hereby certify as follows:

1. The name of the limited partnership is Bold St. Peters, L.P.

2. The address of the registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street in the city of Wilmington, County of New Castle 19801. The name of its registered agent at such address is The Corporation Trust Company.

3. The name and mailing address of each general partner is as follows:

   Bold GP, LLC
   333 N. Pennsylvania St., Suite 100
   Indianapolis, IN, 46204

      IN WITNESS WHEREOF, the undersigned has executed this Certificate of Limited Partnership of Bold St. Peters, L.P. this 12th day of December, 2019.

                                        Bold St. Peters, L.P.
                                        By: Bold GP, LLC, General Partner
                                        By: TWG GP IV, LLC, Manager

                                        By: _____
                                        Louis A. Knoble, Authorized Member

I\15023393.1

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:52 PM 12/12/2019
FILED 12:52 PM 12/12/2019
SR 20198597677 - File Number 7748446

# STATE *of* DELAWARE

# CERTIFICATE *of* FORMATION

# OF

# BOLD GP, LLC

**EXHIBIT 2**

The undersigned, acting as the Organizer of a limited liability company under the Delaware Limited Liability Company Act (6 Del.C. §18-101, et. Seq.), as amended (the "Act"), hereby adopts this Certificate of Formation for Bold GP, LLC (the "Company"), to be effective as of the date filed with and approved by the Delaware Secretary of State.

## ARTICLE I

## NAME

The name of the Company is Bold GP, LLC

## ARTICLE II

## REGISTERED OFFICE AND REGISTERED AGENT

The street address of the registered office of the Company in the State of Delaware is 1209 Orange Street, City of Wilmington, County of New Castle 19801. The name of the initial registered agent of the Company at the registered office is The Corporation Trust Company.

**IN WITNESS WHEREOF**, this Certificate of Formation has been executed by the undersigned, as Organizer of the Company, this /2'th day of December, 2019.

_____
Louis A. Knoble, Organizer

I\15015587.1

**EXHIBIT 3**

```
                                    BUSINESS INFORMATION
                                    DIEGO MORALES
                                    INDIANA SECRETARY OF STATE
                                    07/09/2024 04:22 PM
```

## Business Details

| | |
|---|---|
| Business Name: | **TWG GP IV, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **03/01/2019** |
| Principal Office Address: | **1301 East Washington Street, Suite 100, Suite 100, Indianapolis, IN, 46202, USA** |
| Jurisdiction of Formation: | **Indiana** |
| Business ID: | **201903011307956** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **03/31/2025** |
| Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | Justin R Collins | 1301 East Washington Street, Suite 100, Indianapolis, IN, 46202, USA |
| Member | Louis A. Knoble | 1301 EAST WASHINGTON STREET, SUITE 100, Indianapolis, IN, 46202, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **C T CORPORATION SYSTEM** |
| Address: | **334 North Senate Avenue, Indianapolis, IN, 46204, USA** |