**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOLD ST. PETERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BOLD ON BOULEVARD LLC, RCG BOLD GP LLC, BOLD APARTMENTS, LLC, RCG BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD 3 LLC, RCG BOLD 4 LLC, AND RCG BOLD 5 LLC, AND NACHMAN Y. TEREN, <br><br> Defendants. | C.A. No. _____ |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants RCG Bold GP LLC, Bold Apartments, LLC, RCG Bold 1 LLC, RCG Bold 2 LLC, RCG Bold 3 LLC, RCG Bold 4 LLC, and RCG Bold 5 LLC, and Nachman Y. Teren hereby disclose the following:

RCG Bold GP LLC is a Delaware limited liability company. The individual members that make up RCG Bold GP LLC are citizens of New Jersey.

Bold Apartments, LLC is a Delaware limited liability company. The individual members that make up RCG Bold GP LLC are citizens of New York, New Jersey, and Missouri.

RCG Bold 1 LLC is a Delaware limited liability company. The individual members that make up RCG Bold GP LLC are citizens of New York, New Jersey, and Florida.

RCG Bold 2 LLC is a Delaware limited liability company. The individual member that makes up RCG Bold GP LLC is a citizen of New York.

RCG Bold 3 LLC is a Delaware limited liability company. The individual member that makes up RCG Bold GP LLC is a citizen of New Jersey.

RCG Bold 4 LLC is a Delaware limited liability company. The individual member that makes up RCG Bold GP LLC is a citizen of New York.

RCG Bold 5 LLC is a Delaware limited liability company. The individual member that makes up RCG Bold GP LLC is a citizen of New York.

No parent corporation or publicly held corporation owns 10% or more of Defendants' stock.

Nachman Y. Teren is a citizen of New Jersey.

Dated:  July 15, 2024                                **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
600 N. King St., Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com

*Attorneys for Defendants*